IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLIVER WILLIAMS,                           2:07-cv-1768-GEB-CMK-P

    Plaintiff,

 vs.                                           <u>ORDER</u>

STATE OF CALIFORNIA, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. Pending is Plaintiff's motion for reconsideration of the order filed December 11, 2007, following which judgment was entered. Plaintiff seeks reconsideration under Federal Rule of Civil Procedure 60(b).

    Rule 60(b) allows the court to grant relief from an order of final judgment on the basis of, *inter alia*, mistake, inadvertence, surprise or excusable neglect. Plaintiff's complaint was dismissed because it failed to state a federal claim. In essence, his complaint alleges that Dr. Hall performed a surgery that ended up being unnecessary, which is an insufficient allegation to state an Eighth Amendment claim. Plaintiff was not given leave to file an amended complaint because the deficiencies in his complaint were not found to be curable.

1

Plaintiff's motion for reconsideration suggests he was not aware of the court's intent to dismiss this case. However, plaintiff received the findings and recommendations which recommended dismissal of this case. In fact, plaintiff requested and was granted additional time to file objections to the findings and recommendations. He failed to file objections.

Plaintiff's motion states he should have been given the opportunity to amend his complaint. However, plaintiff does not provide the court with any indication that he would be able to state a claim in an amended complaint. The allegations in plaintiff's original complaint could not rise to a level of deliberate indifference or complete denial of medical attention as required to find a violation of plaintiff's Eighth Amendment rights. At best, plaintiff alleges medical negligence in performing an unnecessary surgery.

Plaintiff also states his First Amendment rights have been impeded by the California Department of Corrections and Rehabilitation failure to allow plaintiff the opportunity to conduct research. If plaintiff's ability to access the court is being impeded, plaintiff may wish to file another civil action to address that matter. However, a motion for reconsideration of an order of final judgment is not the proper way to address this claim.

Therefore, plaintiff's motion for reconsideration is denied the order of final judgment is affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 15) is denied; and
2. The order of final judgment is affirmed.

Dated: March 28, 2008

GARLAND E. BURRELL, JR.
United States District Judge