IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLIVER WILLIAMS,  No. CIV S-07-1768-GEB-CMK-P

    Plaintiff,

  vs.  ORDER

STATE OF CALIFORNIA, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Judgment has been entered and this case has been closed. However, plaintiff has filed a request for appointment of counsel (Doc. 17).

    The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional circumstances.

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2 appointment of counsel is denied without prejudice to request counsel on appeal, if filed.

4  DATED: April 30, 2008

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE